UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CV-95

| | |
|---|---|
| CLIFTON BLACKSTOCK<br>      Plaintiff,<br><br>v.<br><br>GLENN MAYNOR, KENNETH SEALEY,<br>PATRICK FERGUSON, VINCENT<br>SINCLAIR, WESTERN SURETY<br>INSURANCE COMPANY,<br>ROBESON COUNTY and JOHN DOE,<br>      Defendants. | ORDER |

This matter is before the court on the Motion to the Dismiss [DE-7] filed by Defendant Robeson County. After Defendant filed its Motion to Dismiss, United States Magistrate Judge Webb allowed Plaintiff's Motion to Amend Complaint. *See* Order [DE-20]. Consequently, Defendant's Motion to Dismiss [DE-7] is DENIED as moot.

Plaintiff is DIRECTED to file his Amended Complaint by **August 31, 2007**.

SO ORDERED.

This the 22 day of August, 2007.

James C. Fox
Senior United States District Judge